# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LOUIS A. WINGARD, III,**

    **Plaintiff,**

v.                                                    Case No. 4:20-cv-341-AW-MAF

**UNKNOWN DEFENDANT,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's October 1, 2020 Report and Recommendation. ECF No. 7. No objections have been filed. I have determined the Report and Recommendation should be adopted, and it is incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on November 8, 2020.

                                              s/ *Allen Winsor*
                                              United States District Judge