IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LOUIS A. WINGARD, III,**

    **Plaintiff,**

v.                                  Case No. 4:20-cv-341-AW-MAF

**UNKNOWN DEFENDANT,**

    **Defendant.**

_____/

**ORDER ADOPTING SECOND REPORT AND RECOMMENDATION**

I have considered the magistrate judge's Second Report and Recommendation (ECF No. 12), to which no objections have been filed. I agree with the magistrate judge's conclusions, and the Second Report and Recommendation is incorporated into this order.

Plaintiff's motion for relief from judgment (ECF No. 10) is GRANTED pursuant to Rule 60(b)(6). The judgment (ECF No. 9) is VACATED. Plaintiff must comply with the court's earlier order (ECF No. 4) within 30 days. The clerk must mail that order (and this order) to the Plaintiff at his current address. The clerk will also re-open the file.

SO ORDERED on January 14, 2021.

                                        s/ *Allen Winsor*
                                        United States District Judge