**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LOUIS A. WINGARD, III,**

     **Plaintiff,**

**v.**                                             **Case No. 4:20-cv-341-AW-MAF**

**LIBRARY SUPERVISOR SPRIGLE,
OFFICER VANN, and MS. SMALL,**

     **Defendants.**
_____/

## ORDER ADOPTING THIRD REPORT AND RECOMMENDATION

I have considered the magistrate judge's Third Report and Recommendation (ECF No. 49), to which no objections have been filed. I agree with the magistrate judge's conclusions, and the Third Report and Recommendation is incorporated into this order.

Defendant Vann's motion (ECF No. 37) to set aside the clerk's default (ECF No. 36) is GRANTED. The clerk's default (ECF No. 36) is set aside.

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on November 7, 2021.

                         s/ *Allen Winsor*
                         United States District Judge